UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD LEE BASKETT,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>      Defendants. | CASE NO. C19-0152-RAJ<br><br>ORDER DENYING IN FORMA PAUPERIS REQUEST |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED. Plaintiff is directed to pay the full filing fee of $400.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 25th day of March, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge